David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Tel: 504/828-3700
Fax: 504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorney for Collectcorp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWMAN, an individual,<br><br>          Plaintiff,<br><br>   vs.<br><br>COLLECTCORP CORPORATION, and DOES 1 through 10 inclusive,<br><br>          Defendants. | Case No. CV 09 4968 JSW<br><br>STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |

The undersigned, counsel of record for Plaintiff David Lowman and Defendant Collectcorp Corporation, hereby stipulate to and jointly request a continuance of the March 5, 2010 Case Management Conference. This stipulation is based on the following:

1. On December 23, 2009, the parties filed a stipulation to participate in Early Neutral Evaluation (Docket 11).

2. On January 5, 2010, Sadhana Narayan was appointed as evaluator (Docket 19).

3. The Early Neutral Evaluation has been set with Ms. Narayan for March 23, 2010 (Docket Entry Dated 1/25/2010, unnumbered).

4. The parties have exchanged initial disclosures, are participating in discovery, and will attempt to resolve this matter through the Early Neutral Evaluation process.

5. Counsel for plaintiff, Jeremy Golden, resides in San Diego. Counsel for defendant, David Israel and Debbie Kirkpatrick, reside in New Orleans and San Diego, respectively. A continuance of the Case Management Conference will allow both parties to avoid significant expenditure of time and cost related to travel before having an opportunity to complete the selected ADR process.

///

///

///

///

Consequently, the parties stipulate to and respectfully request the Court continue the Case Management Conference from March 5, 2010 for a period of at least 45 days to allow the parties time to participate in the Early Neutral Evaluation process and attempt to resolve this matter.

Dated: 2/15/10        GOLDEN & CARDONA-LOYA, LLP

　　　　　　　　　　　　/s/ Jeremy Golden_____
　　　　　　　　　　　　Jeremy Golden
　　　　　　　　　　　　Attorney for Plaintiff

Dated: 2/15/10        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

　　　　　　　　　　　　/s/ Debbie P. Kirkpatrick_____
　　　　　　　　　　　　Debbie P. Kirkpatrick
　　　　　　　　　　　　Attorney for Defendant

[PROPOSED] ORDER

The Case Management Conference is hereby continued to  April 23        , 2010.

IT IS SO ORDERED.

Dated: February 17, 2010        _____
　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　United States District Judge