Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardon.com
Tel: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWMAN, | Case No.: 09-04968-JSW-ENE |
| Plaintiff | [Proposed] Order for Dismissal |
| v. | |
| COLLECTCORP CORPORATION; et al, | |
| Defendants | |

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice, both parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 13, 2010         BY: _____
                                  Jeffrey S. White
                                  UNITED STATES DISTRICT JUDGE

1

[Proposed] Order for Dismissal